| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

DARWIN DURISSEAU, §
　　　　　　　　　　　　　　　　§
　　　　　　Plaintiff, §
　　　　　　　　　　　　　　　　§
*versus* § CIVIL ACTION NO. 1:22-CV-432
　　　　　　　　　　　　　　　　§
UNION TANK CAR COMPANY, §
　　　　　　　　　　　　　　　　§
　　　　　　Defendant. §

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order signed on March 25, 2024 (#39), granting Defendant Union Tank Car Company's Motion for Summary Judgment, the court enters final judgment in favor of Union Tank Car Company. Plaintiff Darwin Durisseau shall take nothing by his suit.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 27th day of March, 2024.

　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE